|  |  |
|---|---|
|  | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>December 24, 2020<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____VPC____ DEPUTY |

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER NICHOLAS, an individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DURHAM SCHOOL SERVICES, L.P., a Delaware limited partnership; and DOES 1 through 50, inclusive;<br><br>　　　　Defendants. | Case No. 2:20-CV-01861-PSG-KSx<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br>Complaint Filed:　　January 23, 2020 |

Plaintiff **PETER NICHOLAS** ("Plaintiff") and Defendants **DURHAM SCHOOL SERVICES, L.P.** ("Defendants") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice

1

**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

1  pursuant to Federal Rule of Civil Procedure 41(a).

2.  Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated:     December 24, 2020

_____
Hon. Stanley Blumenfeld, Jr.
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**